No. 94–8749. HOPKINS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–8758. GLOVER v. MITCHELL. C. A. 8th Cir. Certiorari denied.

No. 94–8759. GANEY v. McDADE. C. A. 4th Cir. Certiorari denied.

No. 94–8761. SHENG v. NINTENDO OF AMERICA, INC. C. A. 9th Cir. Certiorari denied.

No. 94–8775. WALLACE, AKA COLE v. WALLACE. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 94–8789. BURDINE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8799. CARTER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–8823. CARPINO v. DEMOSTHENES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8905. MARKHAM v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 94–8957. FRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8966. SALDANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8981. McFARLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8982. JIMENEZ v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9011. HERNANDEZ v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–9013. CARRIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.